The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE

RANDI GOMEZ CERVANTES,

    Plaintiff,

v.

CYNTHIA MUNITA, Field Office Director for United States Citizenship and Immigration Services, Seattle Office, *et al.*,

    Defendants.

CASE NO. 2:19-cv-00367-RSL

JOINT MOTION TO STAY PROCEEDINGS

    Plaintiff, Randi Gomez Cervantes, and Defendants, Cynthia Munita, *et al.* (collectively, "the parties"), by and through their respective counsel, jointly move to vacate the current deadlines in this case and request that the Court stay all proceedings for 90 days, until October 17, 2019, to allow sufficient time for further administrative action to be taken on Plaintiff's application to adjust to permanent resident status ("Form I-485"), the denial of which is the subject of this litigation.

    The parties wish to advise the Court that United States Citizenship and Immigration Services ("USCIS") reopened Plaintiff's Form I-485 and re-interviewed Plaintiff on July 16, 2019. USCIS plans to interview another individual with knowledge relevant to the application, and that interview

JOINT MOTION TO STAY PROCEEDINGS - 1
(2:19-cv-00367-RSL)

U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868,
Ben Franklin Station
Washington D.C., 20044

is scheduled to occur in mid-August. Because further consideration of Plaintiff's Form I-485 may allow for resolution of this case without judicial intervention, the parties jointly move that these proceedings be stayed pending the issuance of a new decision by USCIS. This motion is thus supported by good cause and will not result in undue delay in the administration of this case.

If the Court grants this Order, the parties will jointly update the Court on or before October 17, 2019, as to the necessity of further proceedings.

WHEREFORE, the parties jointly move that this Court stay proceedings for 90 days, until October 17, 2019, pending USCIS's further administrative action on Plaintiff's Form I-485.

DATED this 19th day of July, 2019.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

COLIN A. KISOR
Deputy Director, District Court Section
Office of Immigration Litigation

s/C. Frederick Sheffield
C. FREDERICK SHEFFIELD,
Florida Bar #59505
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington D.C., 20044
Phone: (202) 532-4737
Fax: (202) 616-4975

JOINT MOTION TO STAY PROCEEDINGS - 2
(2:19-cv-00367-RSL)

U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868,
Ben Franklin Station
Washington D.C., 20044

Carlton.f.sheffield@usdoj.gov

Attorneys for Defendants

*s/Victoria Dobrin*
VICTORIA DOBRIN
Dobrin & Han
705 Second Ave, Ste 901
Seattle, WA 98104
(206) 448-3440
Vicky@dobrin-han.com

Attorney for Plaintiff

## ORDER

IT IS SO ORDERED. In accordance with the joint motion of the parties, all deadlines in this case are hereby vacated and the case is stayed for 90 days, until October 17, 2019. On or before October 17, 2019, the parties shall provide the Court with a joint status report as to the need for further proceedings.

DATED THIS 24th day of July, 2019.

_____
HON. ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

JOINT MOTION TO STAY PROCEEDINGS - 3
(2:19-cv-00367-RSL)

U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868,
Ben Franklin Station
Washington D.C., 20044