The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| | |
|---|---|
| RANDI GOMEZ CERVANTES,<br><br>Plaintiff,<br><br>v.<br><br>CYNTHIA MUNITA, Field Office Director for United States Citizenship and Immigration Services, Seattle Office, *et al.*,<br><br>Defendants. | CASE NO. 2:19-cv-00367-RSL<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL<br><br>NOTED FOR CONSIDERATION:<br>**DECEMBER 27, 2019** |

The above-captioned action having been resolved, all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal with prejudice with each party to bear their own fees or costs.

//

//

//

STIPULATION AND ORDER FOR DISMISSAL - 1
(2:19-cv-00367-RSL)

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

DATED this 27th day of December, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

s/*Michelle R. Lambert*
MICHELLE R. LAMBERT,
NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Phone: (253) 428-3824
Fax:  (253) 428-3826
Michelle.lambert@usdoj.gov

Attorneys for Defendants


s/*Victoria Dobrin*
VICTORIA DOBRIN,
WSBA #28554
Dobrin & Han
705 Second Ave, Ste 905
Seattle, WA 98104
(206) 448-3440
Vicky@dobrin-han.com

Attorney for Plaintiff

STIPULATION AND ORDER FOR DISMISSAL - 2
(2:19-cv-00367-RSL)

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Parties' Stipulation and Order for Dismissal is GRANTED for the reasons set forth in the Stipulation. The case is dismissed with prejudice, with each party to bear their own fees or costs.

SO ORDERED.

DATED this 8th day of January, 2020.

_____
DISTRICT JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER FOR DISMISSAL - 3
(2:19-cv-00367-RSL)

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970